IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _9:21-cv-81963_____

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

SHADOWBROOK FARM LLC,

     Defendant.

_____

## COMPLAINT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") sues defendant Shadowbrook Farm LLC ("Defendant"), and alleges as follows:

## THE PARTIES

1.     Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Palm Beach County, Florida.

2.     Defendant is a limited liability company organized and existing under the laws of the State of New York with its principal place of business located at 2479 County Route 5, New Lebanon, NY 12125.  Defendant's address for service of process is: 2525 County Route 5, New Lebanon, NY 12125.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant pursuant to Fla. Stat. §§

48.193(1)(a)(2) because it committed a tortious act within this state, and the exercise of personal jurisdiction over it would not offend traditional notices of fair play and substantial justice. "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state.  Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida." Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)). Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was posted.") (collecting cases).

5.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

**FACTS**

**I.      Plaintiff's Business**

6.      Plaintiff is in the business of licensing high-end, professional photographs for the food industry.

7.      Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of tens of thousands of professional images.

8.      As of the date of this pleading, Plaintiff charges its clients (generally, grocery stores, restaurant chains, food service companies, etc.) a monthly fee of $999.00 for access to its library of professional photographs.

9.      Plaintiff does not license individual photographs or otherwise make individual photographs available for purchase.  Plaintiff's business model relies on its recurring monthly subscription service such that Plaintiff can continue to maintain its impressive portfolio.

10.     Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, non-transferable license for use of any photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

**II.     The Work at Issue in this Lawsuit**

11.     In    2001,    a    professional    photographer    created    a    photograph    titled

3

"ChuckSteakRawFSHC1403.jpg" (the "Work").  A copy of the Work is exhibited below.



12.     The Work was registered by Plaintiff (pursuant to a work-for-hire agreement with the author that transferred all rights and title in the photograph to Plaintiff) with the Register of Copyrights on June 9, 2017 and was assigned Registration No. VA 2-055-131. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

13.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

## III.     Defendant's Unlawful Activities

14.     Defendant owns and operates a farm and online store (at https://www.shadowbrookfarmllc.com/) that sells various pasture-raised meats/other products to customers throughout the United States.

15.     Defendant advertises/markest its business primarily through its aforementioned website, social media (e.g. https://www.facebook.com/shadowbrookfarm/), and other forms of advertising.

16.     On a date after Plaintiff's above-referenced copyright registration of the Work,

Defendant published the Work on its https://www.shadowbrookfarmllc.com/shop website in connection with the sale of "Chuck Steak":



A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

17.     The foregoing display of the Work on Defendant's website was accessible and was in fact accessed from persons in the State of Florida.

18.     Defendant is not and has never been licensed to use or display the Work.  Defendant never contacted Plaintiff to seek permission to use the Work in connection with its website/advertising or for any other purpose – even though the Work that was copied is clearly professional stock photography that would put Defendant on notice that the Work was not intended for public use.

19.     Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's business and sale of beef product.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

20. Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

21. Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff first discovered Defendant's unauthorized use/display of the Work in approximately May 2019. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

22. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

23. Plaintiff re-alleges and incorporates paragraphs 1 through 22 as set forth above.

24. The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

25. Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

26. As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on its commercial website.

27. Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

28. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

29.     Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  Defendant was established in 1953 and includes a multitude of professional, stock photography on its website to promote its meat products.  Defendant clearly understands that high-end food photography is not generally available for free or that such can simply be copied from the internet.

30.     Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

31.      Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

32.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

33.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

34.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.  A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

### **Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: October 22, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq._____
        Daniel DeSouza, Esq.
        Florida Bar No.:  19291
        James D'Loughy, Esq.
        Florida Bar No.: 0052700

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-055-131

**Effective Date of Registration:**
June 09, 2017

---

## Title

**Title of Work:** ADLIFE-COLLECTION-060917

**Previous or Alternate Title:** Group registration of photographs published JAN 20, 2001 through DEC 12, 2001; about 250 photographs.

**Content Title:** ChocolateChipBagelsFSHC1510

ChocolateChipBagelsHC1110

ChocolateChipsFSHC1308

ChocolateChipsFSHC1508

ChocolateChipsHC1108

ChocolateCookiesFSHC1306

ChocolateCookiesFSHC1307

ChocolateCookiesFSHC1506

ChocolateCookiesFSHC1507

ChocolateCrepesFSHC1112

ChocolateCrepesFSHC1312

ChocolateCustardFSHC1205

ChocolateCustardFSHC1401

ChocolateCustardHC1005

ChocolateDropCookiesHC1107

ChocolateEclairsFSHC1306

ChocolateEclairsFSHC1506

ChocolateEclairsHC1105

ChocolateFSHC1202

ChocolateFSHC1212

ChocolateIceCreamHC1105

ChocolateLiqueurHC1003

ChocolateMacaroonsHC1006

ChocolateMilkFSHC1303

ChocolateMilkFSHC1503

ChocolateMilkHC1103

ChocolateMilkshakeHC1009

ChocolateMousseFSHC1204

ChocolateMousseFSHC1308

ChocolateMousseFSHC1508

ChocolateParfaitFSHC1205

ChocolateParfaitHC1006

ChocolatePecanPieHC1108

ChocolatePieFSHC1312

ChocolatePieFSHC1512

ChocolatePuddingFSHC1206

ChocolatePuddingFSHC1307

ChocolateWafersFSHC1307

ChocolateWafersFSHC1507

ChocolateWafersHC1107

ChocolateYogurtHC1002

ChocolatesFSHC1402

ChorizoCookedFSHC1207

ChristmasCookiesFSHC1312

ChuckEyeSteakFSHC1407

ChuckRollSteakFSHC1510

ChuckRollSteakRawFSHC1510

ChuckRollSteakRawHC1009

ChuckSteakCookedFSHC1209

ChuckSteakFSHC1310

ChuckSteakFSHC1403



ChuckSteakFSHC1510

ChuckSteakRawFSHC1209

ChuckSteakRawFSHC1310

ChuckSteakRawFSHC1403

ChuckSteakRawFSHC1510

ChuckSteakRawHC1009

ChuckSteakRawHC1110

CiabattaBreadFSHC1406

CiabattaSticksFSHC1304

Cilantro2FSHC1208

CinnamonBabkasFSHC1302

CinnamonRollFSHC1301

CinnamonRolls3FSHC1308

CinnamonRolls3FSHC1501

CinnamonRollsFSHC1308

CinnamonRollsFSHC1501

CinnamonRollsFSHC1508

CinnamonTwistsFSHC1510

CityChickenFSHC1506

CityChickenOnSticksFSHC1506

ClamChowderFSHC1301

ClamChowderHC1101

ClamQuahogFSHC1406

ClamsFSHC1204

ClodSteakFSHC1411

ClodSteakRawFSHC1411

ClottedCreamFSHC1309

ClottedCreamFSHC1509

ClubRollFSHC1409

CobbSaladHC1003

CoconutCreamPieHC1105

CoconutPieFSHC1205

CoconutShrimpFSHC1407

CoconutsFSHC1302

CodFSHC1507

CoffeeCakeFSHC1405

CoffeeCroissantFSHC1406

CoffeeDonutFSHC1412

ColbyCheeseBlocksHC1107

ColbyCheeseFSHC1302

ColbyCheeseFSHC1307

ColbyCheeseFSHC1507

ColbyJackCheeseFSHC1412

ColbyJackCheeseHC1102

ColbyJackFSHC1502

Coleslaw3FSHC1401

ColeslawFSHC1201

ColeslawFSHC1401

ColeslawFSHC1412

ColeslawHC1008

ColeslawHC1009

ColeslawMixFSHC1412

CollardGreens2FSHC1409

CollardGreensFSHC1409

ConchFrittersFSHC1206

ConchasFSHC1409

CookieCakeFSHC1404

CookieFSHC1212

CookieFluffHC1012

CookiePlatterHC1006

Cookies3FSHC1501



CookiesFSHC1206

CookiesFSHC1212

CookiesFSHC1303

CookiesFSHC1402

CookiesFSHC1403

CookiesFSHC1404

CookiesFSHC1406

CookiesFSHC1501

CookiesFSHC1503

CookiesStackedFSHC1206

CookiesXMasFSHC1212

CordonBleuFSHC1408

CornBeefCabbage3FSHC1203

CornBeefCabbageFSHC1203

CornBeefSandwichFSHC1303

CornBeefSandwichFSHC1404

CornDogsKetchupHC1002

CornbreadFSHC1309

CornbreadHC1004

CornbreadHC1109

CornishHenFSHC1306

CornishHenFSHC1506

CornishHenRaw3FSHC1306

CornishHenRawFSHC1306

CornishHenRawFSHC1506

CornishHensCookedHC1105

CornishHensRawHC1105

CornucopiaHC1102

CottageCheeseFSHC1203

CottageCheeseFSHC1211

CottageCheeseFSHC1212

CottageCheeseFSHC1404

CottageCheeseFSHC1411

CottageCheeseFSHC1412

CottageCheeseHC1003

CottageCheeseHC1006

CottageCheeseHC1011

CottageCheeseHC1012

CottoSalamiHC1001

CountryFriedSteakHC1003

CoveredRaisinsFSHC1308

CrabCakesFSHC1409

CrabCheeseSpreadHC1101

CrabDipFSHC1403

CrabLegsFSHC1407

CrabMushroomsFSHC1503

CrabRangoonFSHC1112

CrabRangoonHC1005

CrabRangoonsFSHC1312

CrabSalad3FSHC1401

CrabSaladFSHC1201

CrabSaladFSHC1401

CrabSaladHC1005

CrabSaladHC1010

CrabSpreadFSHC1301

CrabStuffedFlounderHC1002

CrackersPeanutButterHC1004

CranberriesHC1001

CranberriesHC1012

CranberryJuiceFSHC1211

CranberryJuiceFSHC1403



CranberryJuiceFSHC1411

CranberryJuiceHC1011

CranberrySauceFSHC1312

CrawfishFSHC1306

CreamCheeseBrowniesHC1002

CreamCheeseFSHC1211

CreamCheeseFSHC1301

CreamCheeseFSHC1411

CreamCheeseHC1101

CreamFilledDonutsHC1009

CreamHornFSHC1208

CreamHornsFSHC1408

CreamedCornFSHC1210

CreamedCornHC1010

CremeBruleeFSHC1307

CremeBruleeFSHC1507

CremeBruleeHC1107

CremeDeMentheCakeHC1009

CremeFraicheFSHC1309

CremeFraicheHC1109

CremePastriesFSHC1404

CrepeSuzetteFSHC1401

CrepesBlueberriesHC1003

CrepesSuzetteHC1005

CrippsPinkApples2HC1104

CrippsPinkApplesHC1104

CroissantsFSHC1404

CroissantsFSHC1407

CroissantsHC1007

CrumbPieFSHC1412

CubeSteakCookedHC1108

CubeSteakRawHC1108

CubeSteaksFSHC1308

CubeSteaksRawFSHC1308

CubedBeefRawHC1006

Cucumbers2FSHC1412

CucumbersFSHC1412

CucumbersHC1003

CupcakesFSHC1407

CupcakesFSHC1411

CupcakesFSHC1512

CupcakesHC1008

CustardPieFSHC1311

CustardPieHC1111FS

DateNutBreadHC1009

DecaffeinatedHotTeaHC1003

DeviledEggsFSHC1303

DeviledEggsFSHC1309

DeviledEggsFSHC1411

DeviledEggsHC1011

DeviledEggsHC1103

DevilsFoodCakeFSHC1505

DicedBeefFSHC1403

DicedBeefRawFSHC1403

DicedPorkFSHC1403

DicedPorkFSHC1406

DicedPorkRawFSHC1403

Dill2FSHC1406

DillFSHC1406

DinnerRollsFSHC1411

DogBiscuitFSHC1412



DonutFSHC1306

DonutsFSHC1308

DonutsHC1006

DoubleCheeseburgerFSHC1511

DriedTomatoesFSHC1503

DrumsticksHC1005

DulceDeLecheFSHC1309

DulceDeLecheHC1109

DulceDelecheFSHC1509

DumplingsFSHC1406

DungenessCrabHC1007

EasterCookiesHC1004

EasterCupcakesHC1004

EasterEggs3FSHC1303

EasterEggsFSHC1303

EasterEggsFSHC1503

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | January 20, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio
- **Author Created:** photograph
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio
38 Church Street, Pawtucket, RI, 02860, United States

## Rights and Permissions

**Organization Name:** Adlife Marketing & Communications Co., Inc.
**Address:** 38 Church Street
Pawtucket, RI 02860 United States

## Certification

**Name:** Douglas Fleurant, C.F.O.
**Date:** June 09, 2017
**Applicant's Tracking Number:** 060917

**Correspondence:** Yes



**Registration #:**  VA0002055131
**Service Request #:**  1-5347907061

Adlife Marketing & Communications Co., Inc.
Douglas Fleurant
38 Church Street
Pawtucket, RI 02860

EXHIBIT "B"





Secure | https://www.shadowbrookfarmllc.com/shop